# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT BUNKLEY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:08-cv-1354-Orl-22KRS**

**REV-CUT MOWER, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Joint Stipulation of Dismissal With Prejudice (Doc. No. 18) filed on December 15, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 29, 2008 (Doc. No. 23) is ADOPTED and CONFIRMED and made a part of this Order.

2. The collective action allegations of the Complaint are hereby DISMISSED.

3. The Court finds that amount received by Plaintiff Bunkley is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

4. This case as to Plaintiff Bunkley is DISMISSED WITH PREJUDICE. The Court declines to reserve jurisdiction to enforce the settlement agreement.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 16, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge